NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZOBA INTERNATIONAL CORP. (DOING BUSINESS AS CD DIGITAL CARD),**
*Appellant,*

v.

**DVD FORMAT/LOGO LICENSING CORPORATION,**
*Appellee.*

---

**2011-1443, -1444**
(Cancellation Nos. 92051714 & 92051790)

---

Appeals from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Zoba International Corp. (doing business as CD Digital Card) moves to withdraw its appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JUN 2 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Karl M. Steins, Esq.
Robert P. Parker, Esq.

s21

Issued As A Mandate: JUN 2 2 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 2 2011

JAN HORBALY
CLERK